Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MOHAMED SOUMAH,<br><br>Defendant. | NO. CR24-052-KKE<br><br>ORDER FOR STIPULATED MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |

Having reviewed and considered the Parties' Stipulated Motion to Exclude Time Under the Speedy Trial Act (the "Motion") and the facts stated therein, as well as in the Parties' Deferred Prosecution Agreement, as entered on the docket and accepted by the Court on May 10, 2024, the Court GRANTS the Motion.

IT IS HEREBY ORDERED that the time from May 10, 2024 through and including November 10, 2025 shall be excluded from computation under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(2).

DATED this  13th   day of May, 2024.

KYMBERLY K. EVANSON
UNITED STATES DISTRICT JUDGE

Order to Exclude Time Under the Speedy Trial Act - 1
*United States v. Soumah* CR 24-052-KKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:

*/s/ Grace W. Zoller*
GRACE W. ZOLLER
Assistant United States Attorney

Order to Exclude Time Under the Speedy Trial Act - 2
*United States v. Soumah* CR 24-052-KKE

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970